JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.S.P.,<br><br>Petitioner,<br><br>v.<br><br>THOMAS GILES et al.,<br><br>Respondents. | Case No. 5:26-cv-00422-SB-DMK<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that Petitioner V.S.P.'s petition for a writ of habeas corpus is denied without prejudice.

This is a final judgment.

Date: August 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge